UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TONYA HOOTEN,

              Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.

CASE NO. 2:23-cv-00206-JRC

ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff's motion to proceed *in forma pauperis* (Dkt. 1) is granted. Plaintiff does not appear to have funds available to afford the $402.00 Court filing fee. Service of this matter shall be done according to the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g) to the Federal Rules of Civil Procedure.

Dated this 16th day of February, 2023

                                                  J. Richard Creatura
                                                  United States Magistrate Judge